**IN the INTEREST OF: B.H. & G.H., Minor Children.**

**No. ED 101818**

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: April 14, 2015

Eric C. Hensic, 3101 High Ridge Blvd., High Ridge, Missouri 63049, for appellant.

Gary L. Gardner, Assistant Attorney Genera, PO Box 899, Jefferson City, Missouri 65102, M. Lee Watson Gerdelman, 111 North 7th Street, Suite 329, St. Louis, Missouri 63101, Meagan E. Breeze, Guardian Ad Litem, Breeze Law Firm, 610 Collins Avenue, Festus, Missouri 63028, for respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

## ORDER

PER CURIAM

B.H. (Father) appeals the trial court's judgment terminating his parental rights to his children, B.H. and G.H. Father claims the trial court erred in terminating his parental rights because the Children's Division failed to use reasonable efforts to provide services to him.

We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err in terminating the Father's parental rights. An extended opinion would serve no precedential value. We have, however, provided a memorandum opinion setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Rule 84.16(b).